IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JALISSA GRAY                                                                    PLAINTIFF

v.                              No. 4:25-cv-710-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                DEFENDANT

ORDER

1. The Court withdraws the reference.

2. The unopposed motion to remand for further administrative proceedings, *Doc. 11*, is granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2025