# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JALISSA GRAY**                                              **PLAINTIFF**

v.                              No. 4:25-cv-710-DPM

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner**                              **DEFENDANT**

## JUDGMENT

Gray's claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025