# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JALISSA GRAY                                                    PLAINTIFF

v.                          No. 4:25-cv-710-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                    DEFENDANT

## ORDER

The Government doesn't object to Gray's motion for an award of fees under 28 U.S.C. § 2412(d). The hours are reasonable. The total agreed fee amount works out to be $8,200. The unopposed motion, *Doc. 14*, is therefore granted. The Court awards $8,200—payable directly to Gray, subject to any offset to satisfy any preexisting debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 593 (2010). The check should be mailed to Gray's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 February 2026